UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD SCOTT,

              Plaintiff,

   v.

WEST DIAZ,

              Defendant.

Case No. C04-5598 RBL

ORDER DENYING
PLAINTIFF'S MOTION
FOR CLARIFICATION

This matter comes before the Court on Plaintiff Scott's "Motion for Clarification." [Dkt. #44]. Plaintiff apparently takes issue with the Court's Order [Dkt. # 42] dismissing this and Plaintiff's other cases with prejudice, as a sanction for abusive litigation. Plaintiff's contends that the underlying case was previously dismissed, with prejudice [*See* Dkt. #s 27 and 35, wherein Mr. Scoot seeks to "withdrawal his complaint" as "the prevailing party"], and thus it is error to dismiss it again.

This Motion is frivolous, as the effect of granting it would be to leave Mr. Scott where he would be if it was denied – his action against Mr. Diaz would be dismissed, with prejudice. The Motion is therefore DENIED.

DATED this 3rd day of May, 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1